Nancy Curry, Chapter 13 Trustee
Masako Okuda (SBN 247925)
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
TEL: (213) 689-3014
FAX: (213) 689-3055

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>EVELYN K. BENJAMIN,<br><br>                                    Debtor. | ) **Case No.: 2:19-bk-10567-VZ**<br>)<br>) Chapter 13<br>)<br>) **NOTICE OF OBJECTION AND**<br>) **OBJECTION TO DEBTOR'S CLAIM OF**<br>) **EXEMPTION; MEMORANDUM OF POINTS**<br>) **AND AUTHORITIES; DECLARATION IN**<br>) **SUPPORT THEREOF**<br>)<br>) Date: May 13, 2019<br>) Time: 10:30 a.m.<br>) Ctrm: 1368<br>)        255 E. Temple Street,<br>)        Los Angeles, CA 90012<br>)<br>) |

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; DEBTOR; AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that the Chapter 13 Trustee hereby files this Objection to Debtor's Claim of Exemption because equity in the Debtor's cash and bank accounts are exempt under the incorrect code, 5 U.S.C. §8346(a).

This objection will be based upon this notice, the appended Memorandum of Points and Authorities, the supporting declaration, files and pleadings in this case, and upon such other testimonial and documentary evidence as may be presented before or at the time of the hearing on this objection.

**Pursuant to Local Bankruptcy Rule 9013-1(f), notice is further given that any person opposing this objection shall, not later than fourteen (14) days prior to the above-mentioned hearing date, file with the Court and serve upon the Chapter 13 Trustee, a written statement explaining all reasons in an opposition thereto.**

**Failure to timely file and serve such an opposition may be deemed by the Court as a waiver of any opposition thereto and as consent to the relief requested.**

**Wherefore**, the Trustee requests that the Court issue an order disallowing the Debtor's claim of exemptions in her cash and bank accounts under 5 U.S.C. §8346(a) and for such other and further relief as the Court may deem just and proper.


Dated: March 20, 2019              Respectfully submitted,

                                   /s/ Masako Okuda
                                   Masako Okuda
                                   Attorney for Nancy Curry
                                   Chapter 13 Trustee

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    STATEMENT OF FACTS**

The debtor, Evelyn K. Benjamin ("Debtor") filed this case on January 18, 2019 and the §341(a) examination was conducted on February 28, 2019.

Schedule C filed on January 18, 2019 reflects that the Debtor exempts $50.00 cash and $3,606.00 in the checking and savings accounts under 5 U.S.C. §8346(a). A true and correct copy of Schedule C is attached as <u>Exhibit "A"</u> and is incorporated herein by this reference.

**II. ARGUMENT**

**A.    This Objection is Timely Under F.R.B.P. 4003(b).**

F.R.B.P. 4003(b) provides in part;

> "A party in interest may file an objection to the list of property claimed as exempt only within 30 days after the meeting of creditors held under § 341(a) is concluded or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. The court may, for cause, extend the time for filing objections if, before the time to object expires, a party in interest files a request for an extension."

Here, the §341(a) examination was conducted on February 28, 2019. Therefore, this objection is timely filed under F.R.B.P.4003(b).

**B.    The Debtor Should Not be Allowed to Exempt Equity in Her Cash and Bank Accounts Under 5 U.S.C. §8346(a) Because §8346(a) Applies to Exempt Equity in Federal Civil Service Retirement Benefits.**

Because California has opted out of the federal exemptions, the debtor is entitled to exemptions under "... State ... law that is applicable on the date of the filing of the petition

..." 11 U.S.C. §522(b)(3)(A). California State law gives the debtor filing for bankruptcy the right to choose a set of statutory exemption modeled after the Bankruptcy Code exemptions (Calif. CCP § 703.140) or California's regular (non-bankruptcy) exemptions (Calif. CCP §704.010 et seq.).

Further, regardless of which set of state law exemptions is chosen, the debtor may utilize any exemptions provided by federal non-bankruptcy statutes.§522(b)(3). Under 5 U.S.C §8346(a), the debtor may exempt equity in the federal civil service retirement benefits.

Here, the Debtor inappropriately exempts $50.00 cash and $3,606.00 in her checking and savings accounts under 5 U.S.C. §8346(a). Therefore, those exemptions should be disallowed.

**III. CONCLUSION**

The Chapter 13 Trustee prays that after a hearing on the objection, an order be made and entered herein disallowing the Debtor's claim of exemptions in her cash and bank accounts under 5 U.S.C. §8346(a).


Dated: March 20, 2019            Respectfully submitted,

                                 /s/ Masako Okuda
                                 Masako Okuda
                                 Attorney for Nancy Curry
                                 Chapter 13 Trustee

### DECLARATION OF MASAKO OKUDA

I, Masako Okuda, declare:

1.    Nancy Curry is the Chapter 13 Trustee (the "Trustee") with respect to Chapter 13 Case No. 18-3998VZ, Yesenia Meza.

2.    I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon to do so.

3.    The debtor, Evelyn K. Benjamin ("Debtor") filed this case on January 18, 2019 and the §341(a) examination was conducted on February 28, 2019.

4.    Schedule C filed on January 18, 2019 reflects that the Debtor exempts $50.00 cash and $3,606.00 in the checking and savings accounts under 5 U.S.C. §8346(a). A true and correct copy of Schedule C is attached as Exhibit "A" and is incorporated herein by this reference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on March 20, 2019.


Dated: March 20, 2019            /s/ Masako Okuda
                                     Masako Okuda

# EXHIBIT "A"

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Evelyn K. Benjamin** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **3440 E. 61st Street Long Beach, CA 90805  Los Angeles County Value per Zillow.com After 8% costs of sale ($549,555.00 - $43,964.40 ). the realizable value of the property is $505,590.60.** Line from *Schedule A/B:* **1.1** | $549,555.00 | ■ | $100,000.00 | C.C.P. § 704.730 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2011 Honda Accord SE Sedan 4D 108,690 miles Condition: Very Good Value per KBB.com (Private Party)** Line from *Schedule A/B:* **3.1** | $7,195.00 | ■ | $94.00 | C.C.P. § 704.010 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2002 Honda Civic, Coupe 250,000 miles Condition: Fair Value per KBB (Private Party)** Line from *Schedule A/B:* **3.2** | $1,401.00 | ■ | $1,401.00 | C.C.P. § 704.010 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

7

Debtor 1  **Evelyn K. Benjamin**                                      Case number (if known) _____

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Stove, refrigerator, washer/dryer, microwave, pots/pans, cooking utensils, silverware, living room furniture, dining room furniture, bedroom furniture, dressers/nightstands, lamps and accessories<br>Line from Schedule A/B: **6.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Televisions, DVD player, CD's, DVD's, stereo, computer and cell phones<br>Line from Schedule A/B: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Women's clothing and accessories<br>Line from Schedule A/B: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Cash<br>Line from Schedule A/B: **16.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 5 U.S.C. § 8346(a) |
| Checking: Chase Bank Acct #0469<br>Line from Schedule A/B: **17.1** | $3,400.00 | ■ $3,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 5 U.S.C. § 8346(a) |
| Savings: Signature Federal Credit Union Acct #6947<br>Line from Schedule A/B: **17.2** | $206.00 | ■ $206.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 5 U.S.C. § 8346(a) |
| Office of Personnel Mgmt, Civil Service Retirement; No cash value Acct #8990<br>Line from Schedule A/B: **23.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 5 U.S.C. § 8346(a) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

8

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

NANCY CURRY CHAPTER13 TRUSTEE
1000 WILSHIRE BLVD, SUITE 870
LOS ANGELES, CA 90017

The foregoing document described as **NOTICE OF OBJECTION AND OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/20/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Desiree V Causey    causeylaw@gmail.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  3/20/2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
Evelyn K. Benjamin
3440 E. 61st Street
Long Beach, CA 90805

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/20/2019, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Bin outside of Suite 1360
255 E. Temple St
Los Angeles, CA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/20/2019 | Brandy Macek | /s/ Brandy Macek |
|-----------|--------------|------------------|
| *Date* | *Type Name* | *Signature* |